AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 17-1185 KSC | 10/12/17  9:00 am | LISA COLMAN-GOMES |

Inventory made in the presence of:
REYN A. YOSHINAGA, (a) GROUP SUPERVISOR, HSI

Inventory of the property taken:

- ONE (1) EACH FIRST HAWAIIAN BANK OFFICIAL BANK CHECK NO. 20854458, IN THE AMOUNT OF $161,644.57.

NOTHING ELSE FOLLOWS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 16 2017
at 1 o'clock and 14 min P M.
SUE BEITIA, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10 16 17

_Executing officer's signature_

PAUL C. AKEO JR., SPECIAL AGENT
_Printed name and title_

ORIGINAL

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL FUNDS AND MONIES CONTAINED IN FIRST<br>HAWAIIAN BANK ACCOUNT NUMBER 61-607188 | Case No. 17-1185 KSC |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Hawaii _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

ALL FUNDS AND MONIES CONTAINED IN FIRST HAWAIIAN BANK ACCOUNT NUMBER 61-607188.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____10/26/2017_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Hon. Kevin S.C. Chang_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: October 12, 2017 8:20 a.m.   _____[signature]_____
*Judge's signature*

City and state: Honolulu, Hawaii   Hon. Kevin S.C. Chang, U.S. Magistrate Judge
*Printed name and title*